Appeal of R. A. MUSSER.        Docket No. 441.

Petition dismissed as premature.

Submitted December 9, 1924; decided January 8, 1925.

*Mr. R. A. Musser*, the taxpayer, *pro se.*

*Willis D. Nance, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before GRAUPNER, LANSDON, LITTLETON, and SMITH.

The taxpayer in his petition alleges that he received a letter from the Commissioner of Internal Revenue dated September 29, 1924,

setting forth a deficiency in the taxpayer's income tax return for the calendar year 1922. At the hearing of this appeal the taxpayer did not appear before the Board and no evidence was submitted.

The Commissioner of Internal Revenue denies that a deficiency letter was mailed to the taxpayer prior to the filing of this appeal.

DECISION.

The appeal is dismissed under the authority of *Appeal of Franklin H. Moyer*, 1 B. T. A. 75.